# IN THE SUPREME COURT OF THE STATE OF NEVADA

GOLDENTREE MASTER FUND, LTD.; GOLDENTREE ASSET MANAGEMENT LP; KAPITALFORENINGEN PENSAM INVEST; CREDIT FUND GOLDEN LTD.; GN3 SIP LP; GOLDENTREE DISTRESSED DEBT MASTER FUND LP; GOLDENTREE MASTER FUND II, LTD.; GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD.; GOLDENTREE DISTRESSED MASTER FUND 2014 LTD.; GOLDENTREE E DISTRESSED DEBT MASTER FUND II LP; GOLDENTREE ENTRUST DISTRESSED DEBT MASTER FUND LP; GOLDENTREE ENTRUST MASTER FUND SPC; GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD.; GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST; GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LTD.; GOLDENTREE ASSET MANAGEMENT LUX S.A.R.L.; HIGH YIELD AND BANK LOAN SERIES TRUST; STITCHING PGGM DEPOSITORY; MOUNT KELLETT CAPITAL MANAGEMENT LP; MOUNT KELLETT MASTER FUND II-A, L.P.; VISTA FUND I, L.P.; AND VISTA FUND II, L.P.,

        Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,

No. 75707

FILED

JUL 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-32203

Respondents,

and

EB HOLDINGS II, INC., A NEVADA
CORPORATION,

Real Party in Interest.

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Joseph Hardy, Jr., District Judge
Pisanelli Bice, PLLC
McDonald Carano LLP/Las Vegas
Latham & Watkins LLP/Washington DC
Latham & Watkins LLP/Los Angeles
Garman Turner Gordon
Marquis Aurbach Coffing
Eighth District Court Clerk